# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

### No. ACM S32382

————————————

## UNITED STATES
*Appellee*

**v.**

## Adam C. LINK
Senior Airman (E-4), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 7 February 2017

————————————

*Military Judge:* Natalie D. Richardson (sitting alone).

*Approved sentence:* Bad-conduct discharge, forfeiture of $750 pay per month for three months, confinement for 120 days, and reduction to E-1. Sentence adjudged 14 December 2015 by SPCM convened at Nellis Air Force Base, Nevada.

*For Appellant:* Captain Annie W. Morgan, USAF, and Captain Travis L. Vaughan, USAF.

*For Appellee:* Gerald R. Bruce, Esquire.

Before J. BROWN, MINK, and CARRILLO, *Appellate Military Judges*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles

59(a) and 66(c), UCMJ, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**. [1]

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court

---

[1] We note that the Court-Martial Order (CMO) of 16 February 2016 erroneously indicates that the specification under Charge I included the language "on divers occasions" when it did not. While we find no prejudice, Appellant is entitled to accurate court-martial records. We thus order promulgation of a corrected CMO.